## CITIZENS' AMERICAN BANK & TRUST CO. v. DRISCOLL.

(Circuit Court of Appeals, Fifth Circuit. April 11, 1922.)

No. 3842.

Bankruptcy ⚏184(1)—Trustee in bankruptcy held entitled to motor truck as against mortgagee.

> Where bank advanced purchase price of motor truck and accepted as security a mortgage from the purchaser, who maintained a place of business at which he was engaged in buying and selling automobiles, and permitted him to retain possession of the truck and display and offer it for sale in his salesroom, and thereafter the purchaser became bankrupt, the trustee in bankruptcy was entitled to the truck as against the mortgagee.

Appeal from the District Court of the United States for the Southern District of Florida; Rhydon M. Call, Judge.

Action by the Citizens' American Bank & Trust Company against P. W. Driscoll, trustee of the estate of A. J. Halbauer, bankrupt. From an order denying the relief sought, plaintiff appeals. Affirmed.

William Hunter, of Tampa, Fla., for appellant.

William H. Jackson and Martin B. Withers, both of Tampa, Fla., for appellee.

Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The appellant bank advanced the purchase price of a motor truck, and accepted as security a mortgage thereon from the purchaser, one A. L. Halbauer, who maintained a place of business at

⚏For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

which he was engaged in buying and selling automobiles and motor trucks. Appellant permitted Halbauer to retain possession of the truck, and to display and offer it for sale at his salesroom. Subsequently, Halbauer was adjudicated a bankrupt, and appellant seeks to claim the truck as against the trustee in bankruptcy.

We are of opinion that the order of the District Court, denying the relief sought, is correct. It was so held by this court in General Securities Co. v. Driscoll, 271 Fed. 295, upon similar facts and in the same bankrupt estate.

The order appealed from is affirmed.